2006 FEB 22 PM 2: 03

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) INDICTMENT |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 3:06CR722 |
| | ) |
| CHARLES E. BAILEY, | ) 21 U.S.C. § 841(a)(1) |
| SAMUEL L. THORNTON, | ) 21 U.S.C. § 846 |
| GREGORY D. JOHNSON, JR., | ) 21 U.S.C. § 853 |
| a/k/a LITTLE GREG, | ) 18 U.S.C. § 2 |
| JASON C. ANDERSON, a/k/a GURU, | ) |
| JARRETT S. ANDERSON, a/k/a LITTLE J, | ) JUDGE DAVID A. KATZ |
| ROBERT L. POOLE, JR., | ) |
| | ) |
| Defendants. | ) |

ORIGINAL

COUNT 1

NARCOTICS CONSPIRACY CHARGE

The Grand Jury charges:

1. Beginning in or about 1992, and continuing through the date of this Indictment, the exact dates being unknown to the Grand Jury, in the Northern District of Ohio, Western Division, and elsewhere, CHARLES E. BAILEY, SAMUEL L. THORNTON, GREGORY D.

JM

JOHNSON, JR., a/k/a LITTLE GREG, JASON C. ANDERSON, a/k/a GURU, JARRETT S. ANDERSON, a/k/a LITTLE J, and ROBERT L. POOLE, JR., defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; 50 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance; and 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

PURPOSE AND OBJECT

It was the purpose and object of this conspiracy that CHARLES E. BAILEY obtained substantial quantities of cocaine from a supplier in Fort Wayne, Indiana, and from other sources known and unknown to the Grand Jury, which cocaine was distributed in the Lima, Ohio area, in the form of powder cocaine and cocaine base (crack), through a number of distributors. CHARLES E. BAILEY also obtained substantial quantities of marijuana from a source of supply in the State of California, which marijuana was distributed by BAILEY in the Lima, Ohio, and Hardin County, Ohio areas. It was further the purpose and object of the conspiracy that Anthony Barnett (now deceased) obtained substantial quantities of cocaine from CHARLES E. BAILEY and from other sources known and unknown to the Grand Jury, which cocaine was distributed in the Lima, Ohio area through mid-level distributors in both powder cocaine and cocaine base (crack) form.



JM

## MANNER AND MEANS

The manner and means by which the goals of the conspiracy were met included the following: CHARLES E. BAILEY would obtain substantial quantities of cocaine (totaling over 30 kilograms) from sources of supply in Fort Wayne, Indiana, and marijuana (totaling over 2,200 pounds) from sources of supply in the State of California through persons both known and unknown to the Grand Jury, which cocaine and marijuana would be transported to the Lima, Ohio area for distribution by SAMUEL L. THORNTON and ROBERT L. POOLE, JR. and other persons both known and unknown to the Grand Jury. At times, SAMUEL L. THORNTON obtained cocaine directly from a source of supply in Fort Wayne, Indiana and distributed the cocaine through ROBERT L. POOLE, JR. and other persons both known and unknown to the Grand Jury. Anthony Barnett (now deceased) would obtain substantial quantities of cocaine from CHARLES E. BAILEY and other sources known and unknown to the Grand Jury, which cocaine would be distributed in the form of powder cocaine and cocaine base (crack) (totaling over 200 grams) in the Lima, Ohio area through members of the "Suave House" including GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, JASON C. ANDERSON, a/k/a GURU, and JARRETT S. ANDERSON, a/k/a LITTLE J.

## OVERT ACTS

In furtherance of the conspiracy, and to achieve its objects and purposes, the Defendants and others undertook the following acts, among others:

1. Between 1992 and January 1995, CHARLES E. BAILEY supplied a person known to the Grand Jury with at least 4 ½ ounces of cocaine on a weekly basis. BAILEY charged this person $3,500.00 for 4 ½ ounces of cocaine. BAILEY also supplied this person with marijuana during this time period.



JM

2. Between 2000 and 2001, CHARLES E. BAILEY sold between three to four kilograms of cocaine, in quarter to kilogram quantities, to a person known to the grand jury. BAILEY charged this person $28,000.00 for a kilogram of cocaine, $14,000.00 for one-half a kilogram of cocaine, and $7,000.00 for one-quarter of a kilogram of cocaine.

3. Between 2000 and 2002, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, facilitated the sale of 4 ½ ounces of cocaine at least twice a month to a person known to the Grand Jury in Lima, Ohio.

4. Between the spring of 2000 and the spring of 2003, CHARLES E. BAILEY sold between 4 ½ and 9 ounces of cocaine on a monthly basis to a person known to the Grand Jury in Lima, Ohio. BAILEY charged this person $3,500.00 for 4 ½ ounces of cocaine and $7,000.00 for 9 ½ ounces of cocaine.

5. Between October 2000 and December 2000, JARRETT S. ANDERSON, a/k/a LITTLE J, and GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, facilitated the transportation of cocaine from Fort Wayne, Indiana, to Lima, Ohio, by a person known to the Grand Jury.

6. In or about October 2000, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, and JARRETT S. ANDERSON, a/ka LITTLE J, discussed a kilogram of cocaine with their supplier. This discussion took place on Elmwood Drive in Lima, Ohio.

7. In or about December 2000, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, obtained a kilogram of cocaine from CHARLES E. BAILEY at a rest stop on U.S. Route 30.

8. Between July 2001 and May 2002, CHARLES E. BAILEY stated that he sold 10 kilograms of cocaine to Anthony Barnett in Fort Wayne, Indiana.



JM

9. Between July 2001 and May 2002, CHARLES E. BAILEY sold a quarter kilogram of cocaine to a person known to the Grand Jury on four occasions in Lima, Ohio.

10. On or about November 21, 2001, JASON C. ANDERSON, a/k/a GURU, sold 7.42 grams of crack cocaine to a confidential informant in Lima, Ohio, for $500.00 (this conduct is charged in Count 2 of this Indictment).

11. On or about November 26, 2001, JASON C. ANDERSON, a/k/a GURU, sold 7.43 grams of crack cocaine to a confidential informant in Lima, Ohio, for $500.00 (this conduct is charged in Count 3 of this Indictment).

13. On or about January 7, 2002, JASON C. ANDERSON, a/k/a GURU, sold 6.94 grams of crack cocaine to a confidential informant in Lima, Ohio, for $500.00 (this conduct is charged in Count 4 of this Indictment).

14. On or about August 19, 2002, JARRETT S. ANDERSON, a/k/a LITTLE J, sold 21.97 grams of crack cocaine to a confidential informant in Lima, Ohio, for $1,000.00 (this conduct is charged in Count 5 of this Indictment).

15. In or about 2003, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, sold a total of 100 ounces of cocaine to a person known to the Grand Jury in 4 ½ ounce quantities.

16. Between 2003 and 2004, CHARLES E. BAILEY facilitated the transportation of 150 to 250 pounds of marijuana from the San Diego, California area to Lima, Ohio, on seven to eight occasions.

17. Between the winter of 2003 and the beginning of 2004, CHARLES E. BAILEY sold five kilograms of cocaine to a person known to the Grand Jury for $18,500.00 per kilogram of cocaine. This transaction occurred at a car dealership in the Fort Wayne, Indiana area.



JM

18. Between the spring of 2003 and December 2004, CHARLES E. BAILEY sold between 30 and 50 pounds of marijuana on a monthly basis to a person known to the Grand Jury in Lima, Ohio. BAILEY charged this person between $1,100.00 and $1,200.00 per pound of marijuana.

19. Between June 2003 and September 2003, SAMUEL L. THORNTON sold a total of 2 kilograms of cocaine, in 1/8 kilogram quantities, to a person known to the Grand Jury in Lima, Ohio. THORNTON charged this person $3,800.00 per 1/8 kilogram of cocaine.

20. On or about August 6, 2003, JASON C. ANDERSON, a/k/a GURU, sold 1.34 grams of crack cocaine to a confidential informant in Lima, Ohio, for $125.00 (this conduct is charged in Count 6 of this Indictment).

21. On or about September 18, 2003, SAMUEL L. THORNTON sold 125.70 grams of cocaine to a confidential informant in Lima, Ohio, for $3,800.00 (this conduct is charged in Count 7 of this Indictment).

22. On or about September 25, 2003, SAMUEL L. THORNTON sold approximately 125 grams of cocaine to a confidential informant in Lima, Ohio, for $3,880.00 (this conduct is charged in Count 8 of this Indictment).

23. On or about October 30, 2003, SAMUEL L. THORNTON sold 445.5 grams of marijuana to a confidential informant in Lima, Ohio, for $1,000.00 (this conduct is charged in Count 9 of this Indictment).

24. On or about November 3, 2003, SAMUEL L. THORNTON obtained two ounces of crack cocaine from an individual in the parking lot of a strip club in Ft. Wayne, Indiana. ROBERT L. POOLE, JR. was present during the transaction. THORNTON and POOLE transported the crack cocaine back to Lima, Ohio.

25. On or about December 4, 2003, SAMUEL L. THORNTON sold 26.46 grams of cocaine to a confidential informant in Lima, Ohio, for $1,000.00 (this conduct is charged in Count 10 of this Indictment).

26. On or about December 8, 2003, SAMUEL L. THORNTON sold 18.31grams of crack cocaine to a confidential informant in Lima, Ohio, for $1,000.00. A person known to the Grand Jury delivered the crack cocaine to the informant on behalf of THORNTON (this conduct is charge in Count 11 of this Indictment).

27. On or about December 15, 2003, SAMUEL L. THORNTON and ROBERT L. POOLE, JR. sold 18.4 grams of crack cocaine to a confidential informant in Lima, Ohio, for $1,000.00 (this conduct is charged in Count 12 of this Indictment).

28. In or about 2004, JARRETT S. ANDERSON, a/k/a LITTLE J, supplied a person known to the Grand Jury with five kilograms of cocaine on two to three occasions.

29. On or about February 2, 2004, ROBERT L. POOLE, JR. sold 2.62 grams of crack cocaine to a confidential informant in Lima, Ohio, for $500.00 (this conduct is charged in Count 13 of this Indictment).

30. On or about February 4, 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, facilitated the transportation of 381.68 grams of cocaine from Lima, Ohio, to the Days Inn Motel, 1305 West Main Cross Street in Findlay, Ohio.

31. On or about February 6, 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, received $2,500.00 from a confidential informant, which represented partial payment toward the cocaine that was seized from the informant on February 4, 2004.



JM

32. On or about February 8, 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, sold 103.4 grams of cocaine to a confidential informant in Lima, Ohio, on a consignment basis (this conduct is charged in Count 14 of this Indictment).

33. On or about February 10, 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, received $3,500.00 from a confidential informant, which represented payment for 103.4 grams of cocaine that JOHNSON had previously sold to the informant on a consignment basis.

34. On or about February 13, 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, sold 48.71 grams of crack cocaine to a confidential informant in Lima, Ohio, for $1,600.00 (this conduct is charged in Count 15 of this Indictment).

35. On or about February 25, 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, sold 83.3 grams of crack cocaine to a confidential informant in Lima, Ohio, for $2,400.00 (this conduct is charged in Count 16 of this Indictment).

36. On or about March 10, 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, sold 27.05 grams of crack cocaine to a confidential informant in Lima, Ohio, for $950.00 (this conduct is charged in Count 17 of this Indictment).

37. In or about April 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, sold five kilograms of cocaine to a person known to the Grand Jury.

38. On or about April 29, 2004, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, possessed $5,136.00 in U.S. currency in Lima, Ohio.

39. On or about June 24, 2004, SAMUEL L. THORNTON possessed 12.3 grams of cocaine, a digital gram scale, a Bryco Arms 9mm handgun and a box of Winchester 9mm ammunition in his residence, 1435 Latham Avenue, Lima, Ohio. THORNTON also possessed $1,775.00 in U.S. currency.

40. Between February and March 2005, CHARLES E. BAILEY sold approximately 40 pounds of marijuana to a person known to the Grand Jury.

41. In or about April 2005, CHARLES E. BAILEY facilitated the transportation of $208,800.00 from Lima, Ohio, to the State of California for the purpose of purchasing over 200 pounds of marijuana. This money was seized by law enforcement in the State of Texas on April 18, 2005.

42. In or about November 2005, CHARLES E. BAILEY sold 20 pounds of marijuana to a person known to the Grand Jury.

43. In or about December 2005, CHARLES E. BAILEY sold 20 pounds of marijuana to a person known to the Grand Jury. Approximately 18 pounds of this marijuana was seized on January 12, 2006, in Hardin County, Ohio.

All in violation of Title 21, United States Code, Section 846.

COUNT 2

The Grand Jury further charges:

On or about November 21, 2001, in the Northern District of Ohio, Western Division, JASON C. ANDERSON, a/k/a GURU, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 7.42 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 3

The Grand Jury further charges:

On or about November 26, 2001, in the Northern District of Ohio, Western Division, JASON C. ANDERSON, a/k/a GURU, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 7.43 grams of a mixture or substance containing a



JM

detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 4

The Grand Jury further charges:

On or about January 7, 2002, in the Northern District of Ohio, Western Division, JASON C. ANDERSON, a/k/a GURU, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 6.94 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 5

The Grand Jury further charges:

On or about August 19, 2002, in the Northern District of Ohio, Western Division, JARRETT S. ANDERSON, a/k/a LITTLE J, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 21.97 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 6

The Grand Jury further charges:

On or about August 6, 2003, in the Northern District of Ohio, Western Division, JASON C. ANDERSON, a/k/a GURU, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 1.34 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).



JM

COUNT 7

The Grand Jury further charges:

On or about September 18, 2003, in the Northern District of Ohio, Western Division, SAMUEL L. THORNTON, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 125.70 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 8

The Grand Jury further charges:

On or about September 25, 2003, in the Northern District of Ohio, Western Division, SAMUEL L. THORNTON, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 125 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 9

The Grand Jury further charges:

On or about October 30, 2003, in the Northern District of Ohio, Western Division, SAMUEL L. THORNTON, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 445.5 grams of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).



JM

COUNT 10

The Grand Jury further charges:

On or about December 4, 2003, in the Northern District of Ohio, Western Division, SAMUEL L. THORNTON, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 26.46 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 11

The Grand Jury further charges:

On or about December 8, 2003, in the Northern District of Ohio, Western Division, SAMUEL L. THORNTON, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 18.31 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 12

The Grand Jury further charges:

On or about December 15, 2003, in the Northern District of Ohio, Western Division, SAMUEL L. THORNTON and ROBERT L. POOLE, JR., defendants herein, did knowingly and intentionally possess with intent to distribute approximately 18.4 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.



JM

COUNT 13

The Grand Jury further charges:

On or about February 2, 2004, in the Northern District of Ohio, Western Division, ROBERT L. POOLE, JR., defendant herein, did knowingly and intentionally possess with intent to distribute approximately 2.62 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 14

The Grand Jury further charges:

On or about February 8, 2004, in the Northern District of Ohio, Western Division, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 103.4 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 15

The Grand Jury further charges:

On or about February 13, 2004, in the Northern District of Ohio, Western Division, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 48.71grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).



JM

COUNT 16

The Grand Jury further charges:

On or about February 25, 2004, in the Northern District of Ohio, Western Division, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 83.3 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 17

The Grand Jury further charges:

On or about March 10, 2004, in the Northern District of Ohio, Western Division, GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 27.05 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE SPECIFICATION

The Grand Jury further charges:

1. The allegations contained in Counts 1 through 17 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in any or all of the violations alleged in Counts 1 through 17 of this Indictment, punishable by imprisonment for more than one year, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:



JM

(A) Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations;

(B) Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations;

said property including the following:

A. Assets of GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG:

I. A total of $5,136.00 in U.S. Currency seized from the person of GREGORY D. JOHNSON, JR., a/k/a LITTLE GREG, on April 28, 2004.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.